IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNDA CARSON,

    Plaintiff,

v.

OAKLAND HOUSING AUTHORITY,

    Defendant.

No. C 05-05203 JSW

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk issue the summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    **IT IS SO ORDERED.**

Dated: January 9, 2006

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE